IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA <br> *ex rel.* <br> CHRISTINE KIBLER, <br><br> Plaintiffs, <br> v. <br><br> HUNT COMPANIES, INC.; HUNT MILITARY COMMUNITIES MGMT, LLC; HBC PROPERTY MANAGERS, LLC; HUNT ELP, LTD.; DOVER AIR FORCE BASE PROPERTIES, LLC; PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, <br><br> Defendants. | Civil Action No. 20-107-MN |

## ORDER

The United States of America having intervened in this False Claims Act *qui tam* case, IT IS HEREBY ORDERED this 6th day of January 2022 that:

1. All documents in the above-captioned case be unsealed **except** for the United States' *ex parte* applications and motions at D.I. 5, 7, 9, 11, and 13;

2. The seal be lifted on all matters occurring in this case after this Order is entered; and

3. The United States provide a copy of this Order to all parties.

The Honorable Maryellen Noreika
United States District Judge