## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* CHRISTINE KIBLER, <br><br>                Plaintiffs, <br><br>v. <br><br>HUNT COMPANIES, INC.; <br>HUNT MILITARY COMMUNITIES MGMT, LLC; <br>HBC PROPERTY MANAGERS, LLC; <br>HUNT ELP, LTD.; <br>DOVER AIR FORCE BASE PROPERTIES, LLC; <br>PINNACLE PROPERTY MANAGEMENT SERVICES, LLC, <br>                Defendants. | Civil Action No. 20-107-MN |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Christine Kibler hereby dismisses, with prejudice, the only remaining claim (Count II for Retaliation and Wrongful Discharge Under the Federal False Claims Act) in the above-captioned action, including as to the named Defendants' subsidiaries, affiliates, or related entities doing business as "Hunt Military Communities," with each party to bear its own costs and attorneys' fees.

                                                    Respectfully submitted,

                                                    CONNOLLY GALLAGHER LLP

                                                    */s/ Timothy M. Holly*
                                                    Timothy M. Holly (Del. Bar No. 4106)
                                                    1201 North Market Street, 20th Floor
                                                    Wilmington, Delaware 19801
                                                    (302) 252-4217
                                                    tholly@connollygallagher.com

                                                    *Delaware Counsel for Relator*

Date: May 9, 2022